# Arch-crest Law Office

Miyai Edo Bldg. 2nd Floor, 3-4-6 Nihonbashi Ningyocho
Chuo-ku, Tokyo 103-0013 Japan
Phone: +81-3-5651-7911 | Fax: +81-3-5651-7912 | noguchi@j-jurist.com

March 22, 2022

Via Email Only

Instagram, LLC
Attn: Instagram Designated Agent
1601 Willow Road
Menlo Park, California 94025

Re: NOTIFICATION OF COPYRIGHT INFRINGEMENT

We are legal counsel to Nao Arai (the "**Copyright Owner**") and we are authorized to act on behalf of the Copyright Owner, whose copyrighted photograph of a minor girl named "Kanna Arai" (the "**Original Work**") has been published without authorization to Instagram by a user of your services (the "**Infringer**").

The Infringer has published the photograph on Instagram at: https://www.instagram.com/p/CbWjN7nOxBp/ (the "**Infringing Work**"). We request that you expeditiously remove or disable access to the Infringing Work.

Our mailing address and email are above. Please provide us with a written assurance at noguchi@j-jurist.com that you have fully complied with our request.

I have a good faith belief that the Infringing Work is not authorized by the copyright owner, an agent of the copyright owner, or the law.

The information in this notification is accurate, and under penalty of perjury, I attest that I am authorized to act on behalf of the owner of an exclusive copyright that is being infringed.

Sincerely,

*Akio Noguchi*

AKIO NOGUCHI
Attorney-at-Law