Carlos Makoto Taitano, State Bar No. 275820
makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   81 80 8081 6527
Facsimile:    81 3 6234 1586

Attorney for Requester
Nao Arai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re DMCA Subpoena to                    )
                                          ) Case Number: 22-mc-80078
Instagram, LLC                            )
                                          ) **DECLARATION OF AKIO NOGUCHI**
_____)

I, Akio Noguchi, declare as follows:

1.   I am an attorney (b*engoshi* in Japanese) qualified and registered to practice law in Japan, I represent the copyright owner Nao Arai (the "**Requester**"), and I am authorized to act on behalf of the Requester.

3.   The Requester is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to Instagram, LLC, which is a service provider, for identification of the person allegedly infringing upon the Requester's copyrighted work.

4.   The purpose for which the subpoena is being sought is to obtain the identity of the alleged infringer and such information obtained will only be used for the purpose of protecting rights under Title 17, United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 22, 2022.

_____
AKIO NOGUCHI

Page **1** of **1**
**In Re DMCA Subpoena to Instagram, LLC**
Declaration of Akio Noguchi